IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Jennifer Tini,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | |
| **Christine Rocks,** | : | |
| **Defendant.** | : | NO. 08-3207 |

# ORDER

**AND NOW,** this 1st day of July, 2009, upon consideration of Plaintiff's Motion for a New Trial (Doc. No. 25) and Defendant's Response (Doc. No. 29), it is hereby **ORDERED** that Plaintiff's Motion is **DISMISSED** for failure to prosecute.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States Magistrate Judge